**AO 10**
**Rev. 1/2015**

# FINANCIAL DISCLOSU
## FOR CALENDAR YI

| | |
|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Croom, Jimmy L. | **2. Court or C**<br><br>United Stat |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | **5a. Report T**<br><br>☐ Nomin<br>☐ Initial<br><br>**5b.** ☑ A |

**7. Chambers or Office Address**

United States Bankruptcy Court, 111 S. Highland, Ste. 324, Jackson, TN 38301

**IMPORTANT NOTES:** *The instructions accomp*
*checking the NONE box for each part w*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

## POSITION

1. Member-Manager

2. Joint owner

| Name of Person Reporting | Date of Report |
|---|---|
| Croom, Jimmy L. | 06/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 06/05/2015 | Memphis, Tennessee | Bankruptcy Continuing Legal Education Seminar | transportation |
| 2. | Memphis Bar Association | 11/20/2015 | Memphis, Tennessee | Bankruptcy Continuing Legal Education Seminar | transportation |
| 3. | Mid South Commercial Law Institute | 12/03/2015 - 12/05/2015 | Nashville, Tennessee | Bankruptcy Continuing Legal Education Seminar | transportation, lodging & meal |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Croom, Jimmy L. | 06/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Name of Pers

Croom, Ji

## VII. INVESTMENTS and TRUSTS -- *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 1. Vanguard Value Index Fund Adminral Shares | A | Dividend | L |
| 2. Regions Bank | A | Interest | M |
| 3. ▓▓▓ Rental-Weakly County, Tennessee | A | Rent | L |
| 4. The Parternship Federal Credit Union | A | Interest | J |
| 5. BMA whole life insurance | A | Dividend | J |
| 6. First State Bank | A | Interest | J |
| 7. Greenfield Banking Co. | A | Interest | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Croom, Jimmy L. | 06/06/2016 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jimmy L. Croom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544